# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CAROLE L. SCHEIB,       :   No. 1 WAP 2024

          Appellant     :

       v.              :

JUDITH FRIEDMAN,      :

          Appellee      :

## ORDER

**PER CURIAM**

    **AND NOW,** this 1st day of April, 2024, the Notice of Appeal is QUASHED. *See* Pa.R.A.P. 910(a)(5) ("Only the questions set forth in the [jurisdictional] statement, or fairly comprised therein will ordinarily be considered by the Court.").

    Justice Wecht did not participate in the consideration or decision of this matter.